UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO ex rel. GARY
KING, ATTORNEY GENERAL,

Plaintiff,

     v.

CITIGROUP INC., CITIBANK, N.A., and
DEPARTMENT STORES NATIONAL
BANK,

Defendants.

Case No.   1:13-cv-00580-MV-KBM

**ORDER GRANTING
JOINT MOTION TO ESTABLISH BRIEFING SCHEDULE
IN CONNECTION WITH DEFENDANTS' MOTIONS TO DISMISS**

Before the Court is the parties' Joint Motion to Establish Briefing Schedule In Connection With Defendants' Motions To Dismiss (the "Joint Motion"). The Court finds the Joint Motion well-taken and ORDERS:

1.     Defendants shall file any Rule 12 motion(s) to dismiss Plaintiff's Amended Complaint filed on July 2, 2013 and supporting memoranda on or before August 7, 2013;

2.     Plaintiff shall file any opposition to Defendants' motion(s) on or before September 6, 2013.

3.     Defendants shall file any reply in further support of its motion(s) to dismiss on or before October 2, 2013.

Dated:     July 16, 2013.

_____
**The Honorable Martha Vazquez
United States District Judge**

SUBMITTED BY:

KELEHER & McLEOD

__/s/ W. Spencer Reid_____
W. Spencer Reid
Justin B. Breen
Albuquerque Plaza
201 Third Street NW, 12th Floor
Albuquerque, New Mexico  87102
Phone: (505) 346-4646; Fax: (505)346-1370
E-mail: sr@keleher-law.com
        jbb@keleher-law.com
*Defendants Citigroup Inc., Citibank, N.A., and Department Stores National Bank*


OFFICE OF THE NEW MEXICO ATTORNEY GENERAL

__/s/ Scott Fuqua electronic approval__
Scott Fuqua
Assistant Attorney General
Office of the New Mexico Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Tel:    (505) 827-6000
Fax:   (505) 827-6036
sfuqua@nmag.gov
*Attorneys for Plaintiff*