IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO EX REL.,
GARY KING, ATTORNEY GENERAL,

    Plaintiff,

v.                                           No. 1:13-cv-00580-MV-KBM

CITIGROUP INC.; CITIBANK, N.A.; and
DEPARTMENT STORES NATIONAL BANK,

    Defendants.

AMENDED CERTIFICATE OF SERVICE

THIS HEREBY CERTIFIES that the Notice Of Filing Of State Court Pleadings [Doc. 19] was submitted for filing by the undersigned counsel on July 12, 2013 and was served on parties of record by the CM/ECF system on July 12, 2013.

                                      Respectfully submitted:
                                      KELEHER & McLEOD, P.A.

                                      By: /s/  Justin B. Breen
                                           Electronically filed on July 17, 2013
                                           Spencer Reid
                                           Justin B. Breen
                                           Attorneys for Defendants Citigroup, Inc.,
                                              Citibank, N.A. *and* Department Stores
                                              National Bank
                                           P.O. Box AA
                                           Albuquerque, New Mexico  87103
                                           Telephone:  (505) 346-4646
                                           Facsimile:  (505) 346-1370
                                           E-Mail:  sr@keleher-law.com
                                           E-Mail:  jbb@keleher-law.com

                                                        *and*

Robert W. Trenchard
Noah Levine
WILMER CUTLER PICKERING HALE AND
  DORR LLP
7 World Trade Center
250 Greenwich Street
New York, New York  10007
Telephone:  (212) 230-8800
Facsimile:  (212) 230-8888
E-Mail:  robert.trenchard@wilmerhale.com
E-Mail:  noah.levine@wilmerhale.com

THIS HEREBY CERTIFIES that on July 17, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

**Counsel for Plaintiff:**
Turner W. Branch
The Branch Law Firm
2025 Rio Grande Blvd. NW
Albuquerque, New Mexico  87104
Telephone: (505) 243-3500
Facsimile: (505) 243-3534
E-Mail:  tbranch@branchlawfirm.com

*and*

Scott Fuqua, Assistant Attorney General
Office of New Mexico Attorney General Gary King
408 Galisteo Street
Santa Fe, New Mexico  87501
Telephone:  (505) 827-6000
Facsimile:  (505) 827-6036
E-Mail:  sfuqua@nmag.gov

*and*

Allen Carney
Randall K. Pulliam
Carney Bates & Pulliam, PLLC
11311 Arcade Drive, Suite 200
Little Rock, Arkansas  72212
Telephone:  (501) 312-8500
Facsimile:  (501) 312-8505
E-Mail:  acarney@cbplaw.com
E-Mail:  rpulliam@cbplaw.com

*and*

Richard Golomb
Kenneth J. Grunfeld
Golomb & Honik
1515 Market Street, Suite 1100
Philadelphia, Pennsylvania 19102
Telephone: (215) 985-9177
Facsimile: (215) 985-4163
E-Mail: rgolomb@golombhonik.com
E-Mail: kgrunfeld@golombhonik.com


/s/ Justin B. Breen
Justin B. Breen

12940-1 \ 192537                              3