UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

STATE OF NEW MEXICO *EX REL.*
GARY KING, ATTORNEY GENERAL,

    Plaintiff,

vs.                                               CASE NO. 1:13-cv-00580-MV-KBM

CITIGROUP, INC., CITIBANK, N.A., and
DEPARTMENT STORES NATIONAL BANK,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, the State of New Mexico, acting through New Mexico Attorney General Gary King ("Plaintiff"), has entered into a settlement agreement with Citibank, N.A., and Department Stores National Bank that resolves all claims asserted in this action against Citigroup, Inc, Citibank, N.A. and Department Stores National Bank. Pursuant to Rule 41(a)(1)(A)(ii), Plaintiff hereby dismisses with prejudice all claims asserted in this action against Citigroup Inc.; Citibank, N.A.; and Department Stores National Bank. The parties will bear their own attorney's fees and costs.

DATED: August 4, 2014.

STIPULATED AND AGREED TO BY:

| | |
|---|---|
| */s/ Scott Fuqua* | */s/ Noah A. Levine* |
| Scott Fuqua | Noah A. Levine |
| Assistant Attorney General | WILMER CUTLER PICKERING HALE |
| Office of the New Mexico Attorney | AND DORR LLP |
| General | 7 World Trade Center |
| 408 Galisteo Street | 250 Greenwich Street |
| Santa Fe, NM 87501 | New York, NY 10007 |
| Tel: (505) 827-6000 | Telephone: (212) 230-8800 |

Fax: (505) 827-6036

Allen Carney
Randy Pulliam
CARNEY BATES & PULLIAM, PLLC
11311 Arcade Drive, Suite 2000
Little Rock, AR 72212
Tel: (501) 312-8500
Fax: (501) 312-8505

Turner W. Branch
THE BRANCH LAW FIRM
2025 Rio Grande Boulevard, NW
Albuquerque, NM 87104
Tel: (505) 243-3500
Fax: (505) 243-3534

Counsel for Plaintiff

Facsimile: (212) 230-8888
noah.levine@wilmerhale.com

Spencer Reid
KELEHER & MCLEOD
Albuquerque Plaza
201 Third Street NW, 12th Floor
Albuquerque, New Mexico 87102
Tel: (505) 346-4646
Fax: (505)346-1370
E-mail: sr@keleher-law.com

Counsel for Defendants Citigroup Inc.;
Citibank, N.A.; and Department Stores
National Bank

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above has been served on all counsel of record via the Court's CM/ECF system on the 4th day of August, 2014.

*/s/ Scott Fuqua*_____
Scott Fuqua
Assistant Attorney General
Office of the New Mexico Attorney General
408 Galisteo Street
Santa Fe, NM 87501
Tel:   (505) 827-6000
Fax:   (505) 827-6036